UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60766-CIV-SINGHAL

ENRIQUE ENRIQUEZ-GUERRA,

       Petitioner,

v.

RIPA GARRETT, Field Office
Director, U.S. Immigration
and Customs Enforcement,

       Respondent.

_____/

## ORDER SETTING HEARING

**THIS CAUSE** is before the Court upon a *sua sponte* review of the docket. Petitioner Enrique Enriquez-Guerra filed this petition for writ of habeas corpus under 28 U.S.C. § 2241.  28 U.S.C. § 2243 explains that the Court shall set a hearing after the government responds to the petition.  Accordingly, since Respondents have returned the Petition, *see* (DE [12]), it is hereby

**ORDERED AND ADJUDGED** that counsel for Petitioner and Respondents appear at a hearing on **Monday, May 11, 2026 at 11:00 a.m.** at **United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, Courtroom 110**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of May 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF